AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RICK BOGGESS,**

      **Plaintiff,**

**vs.**

      **JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-10-416**

**MICHAEL J. ASTRUE,**     **JUDGE EDMUND A. SARGUS, JR.**
**COMMISSIONER OF**     **MAGISTRATE JUDGE TERENCE P. KEMP**
**SOCIAL SECURITY,**

      **Defendant.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed April 6, 2011, JUDGMENT is entered in favor of the Defendant Commissioner of Social Security. This case is DISMISSED.**

Date: April 6, 2011                     JAMES BONINI, CLERK

                                      */S/ Andy F. Quisumbing*
                                      (By) Andy F. Quisumbing
                                      Courtroom Deputy Clerk